*ORDER*

PER CURIAM.

Appellant, Robert J. Wheeler, appeals from the judgment of the Circuit Court of the City of St. Louis upholding the suspension of his driving privileges. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

Before BRECKENRIDGE, P.J., HOWARD and HOLLIGER, JJ.

*ORDER*

PER CURIAM.

Charles Locke was convicted of one count of first degree murder, under section 565.020 RSMo 2000, and one count of forcible rape, under section 566.030 RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Charles LOCKE, Appellant.**

**No. WD 64648.**

Missouri Court of Appeals,
Western District.

July 18, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 2006.

Application for Transfer Denied Oct. 31, 2006.

Charles L. Locke, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

**Rebecca Jane THOMAS, Respondent,**

v.

**FESTIVAL FOODS, Appellant.**

**No. WD 65034.**

Missouri Court of Appeals,
Western District.

July 18, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 2006.

Application for Transfer Denied Oct. 31, 2006.

